[No. 3556–2.   Division Two.   June 6, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. DALLAS
C. DIAL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84461, Lloyd W. Bever, J., entered May 1, 1978. *Affirmed* by unpublished opinion per Soule, J., concurred in by Pearson, C.J., and Reed, J.

[No. 3141–2.   Division Two.   June 7, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD
MORRIS MONTA, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 5073, D. J. Cunningham, J., entered October 21, 1977. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Reed, J.

[No. 3187–2.   Division Two.   June 11, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. ROY
RAY JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. C–3262, Jay W. Hamilton, J., entered September 26, 1977. *Affirmed* by unpublished opinion per Soule, J., concurred in by Reed, A.C.J., and Petrie, J.